IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM GARCIA,<br>for himself and all others similarly situated,<br>        Plaintiff,<br>   v.<br><br>VERTICAL SCREEN, INC.,<br>        Defendant. | Case No.  18-cv-4718 |

## ORDER

AND NOW, this _____, day of _____, 2019, upon consideration of Plaintiff's Motion for Order Authorizing Notice to Similarly-Situated Employees and Defendant's response thereto, it is hereby ORDERED that this Motion is GRANTED as follows:

Plaintiff's proposed form of FLSA Class Notice is approved;

Stephan Zouras LLP is appointed to serve as Class Counsel;

Within seven days of entry of this Order, Defendant shall serve on Class counsel a computer-readable Excel file containing the full name, last-known mailing address and last-known e-mail address of all persons who have worked as a full-time, hourly-paid Vertical Screen Researcher or Team Leader during the past three years;

Promptly after receiving of this information from Defendant, Class Counsel shall perform all necessary address searches and, thereafter, disseminate the Court-approved Notice to the FLSA Collective members by First-Class U.S. Mail and e-mail and perform all necessary re-delivery efforts;

Class Counsel may send one reminder mailing and up to two reminder e-mails to each potential opt-in Plaintiff during the opt-in period;

1

Defendant shall post the Court-approved Notice in its headquarters in Warminster, PA in a conspicuous location where potential opt-in Plaintiffs are likely to view it;

Potential opt-in Plaintiffs shall have 60 days from the notice mailing date to opt-in to this litigation; and

Defendant shall refrain from communicating with potential opt-in Plaintiffs concerning this lawsuit until after expiration of the 60-day opt-in period, after which date Defendant shall refrain from communications with all opt-in Plaintiffs concerning this lawsuit.

**By The Court:**

_____
**Hon. Jan E. DuBois**