IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM GARCIA,<br>for himself and all others similarly situated,<br>Plaintiff,<br>v.<br>VERTICAL SCREEN, INC.,<br>Defendant. | Case No. 18-cv-4718 |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through undersigned counsel, hereby stipulate and agree to the dismissal of the following opt-in plaintiffs from this action without prejudice: Robert Lyerla, Jessica McKelvin, Catherine Sidebotham, and Anissa Servance.

STEPHAN ZOURAS LLP

/s/ David J. Cohen
David J. Cohen, Esquire
604 Spruce Street
Philadelphia, PA 19106
*Counsel for Plaintiff*

Date: 11/16/2020

BUCHANAN, INGERSOLL & ROONEY P.C.

/s/ Monica L. Simmons
Jason E. Murtagh, Esquire
Monica L. Simmons, Esquire
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
*Counsel for Defendant*

Date: 11/10/2020

**SO ORDERED AND APPROVED:**

Dated: _____          _____
                                                                    DuBOIS, JAN, E., J.