IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM GARCIA,<br>for himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>VERTICAL SCREEN, INC.,<br><br>    Defendant. | Civil Action No. 2:18-CV-4718 |

**DEFENDANT, VERTICAL SCREEN, INC.'S MOTION TO DECERTIFY THE CONDITIONALLY CERTIFIED FLSA COLLECTIVE**

Defendant, Vertical Screen, Inc. ("Defendant"), through undersigned counsel, hereby submits the following Motion to Decertify the Conditionally Certified FLSA Collective. In so moving, Defendant also opposes Plaintiffs' Motion for Final Certification of the FLSA Collective (Doc. No. 76). Vertical Screen relies upon the attached brief to support of its motion.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Jason E. Murtagh*
Jason E. Murtagh
Jacqueline K. Gallagher
Maureen M. Stampp (*pro hac vice*)
Monica L. Simmons
Mark A. Gulbranson

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555
Telephone:  (215) 665-8700
Facsimile:  (215) 665-8760
jason.murtagh@bipc.com
jacqueline.gallagher@bipc.com
maureen.stampp@bipc.com
monica.simmons@bipc.com
mark.gulbranson@bipc.com

Date:  June 29, 2021         *Attorneys for Defendant Vertical Screen, Inc.*

4819-6108-7216, v. 1