IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM GARCIA, | : | |
| *for himself and all others* | : | |
| *similarly situated,* | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 18-4718 |
| | : | |
| VERTICAL SCREEN, INC., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 13th day of January, 2022, it is **ORDERED** that Defendant Vertical Screen's Motion For Summary Judgment (ECF No. 77) is granted in part and denied in part, as follows:

- The motion is **GRANTED** as to Plaintiff's claim for unpaid overtime as a result of supervisor "time-shaving;"

- The motion is **DENIED** as to Plaintiff's claim for unpaid pre-shift overtime; and

- The motion is **DENIED** as to Vertical Screen's request to limit the statute of limitations to two years.

                                            _s/ANITA B. BRODY, J.____
                                            ANITA B. BRODY, J.