IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM GARCIA, | : | |
| *for himself and all others* | : | |
| *similarly situated,* | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 18-4718 |
| | : | |
| VERTICAL SCREEN, INC., | : | |
| Defendants. | : | |

# **ORDER**

**AND NOW,** this 31st day of January, 2022, it is **ORDERED** as follows:

1. Vertical Screen's Motion to Decertify the Conditionally Certified FLSA Collective (ECF No. 87) is **DENIED.**

2. Plaintiffs' Motion for Rule 23 Class / Final FLSA Certification (ECF No. 76) is granted in part and denied in part, as follows:

    o   The motion is **GRANTED** as to Plaintiffs' motion for final FLSA certification; and

    o   The motion is **DENIED** as to Plaintiffs' motion for Rule 23 class certification.

   s/ANITA B. BRODY, J._____
ANITA B. BRODY, J.