IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM GARCIA,<br>for himself and all others similarly situated,<br>    Plaintiff,<br>    v.<br><br>VERTICAL SCREEN, INC.,<br>    Defendant. | Case No. 18-cv-4718-AB |

**ORDER GRANTING JOINT MOTION FOR
APPROVAL OF THE PARTIES' FLSA SETTLEMENT INCLUDING
ATTORNEYS' FEES, COSTS AND SERVICE AWARD**

THIS MATTER is before the Court on a Joint Motion For Approval Of The Parties' FLSA Settlement Including Attorneys' Fees, Costs, And Service Award ("Approval Motion"). Having reviewed the Approval Motion, the Parties' Settlement Agreement and all related documents, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Approval Motion is **GRANTED**.
2. The Court finds that the Parties' settlement in this action is a fair, reasonable and just resolution of a *bona fide* dispute involving claims under the Fair Labor Standards Act ("FLSA"), and in the best interest of the settlement collective. The Parties' settlement is approved, the terms of their Settlement Agreement are incorporated herein, and the Court hereby directs the consummation of its terms and provisions.
3. The Court approves the proposed $80,000.00 damages fund to be paid to the 68 Plaintiffs in accordance with the terms of the Parties' Settlement Agreement.
4. The Court approves the proposed $10,000.00 Service Award to be paid to Named Plaintiff William Garcia in accordance with the terms of the Parties' Settlement Agreement.
5. The Court approves the proposed $178,000.00 attorneys' fee and $22,000.00 cost reimbursement to be paid to Class Counsel in accordance with the terms of the

1

Parties' Settlement Agreement.

6. The Court approves the proposed Release provided in the Settlement Agreement.

7. The Court approves the proposed Settlement Notice and the settlement fund distribution method proposed in the Parties' Settlement Agreement.

8. This Action is **DISMISSED WITH PREJUDICE** in its entirety, with leave to reinstate for settlement enforcement purposes within 90 days after the Settlement Notices and Settlement Checks are issued pursuant to the terms of the Settlement.

9. This Court will retain jurisdiction over this matter for purposes of enforcing the Settlement.

10. The Clerk of Court is directed to mark this case as **CLOSED**.

**SO ORDERED.**

**Dated: May 12, 2022**   \_s/ANITA B. BRODY, J.\_\_
**ANITA B. BRODY, J.**